UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ZHIMIN PENG, Petitioner,

v. Civil Action No. 4:26-cv-723-DJH

MIKE LEWIS, Jailer, Hopkins County Jail et al., Respondents.[1]

* * * * *

**ORDER**

Petitioner Zhimin Peng, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (D.N. 1) and this Order on Respondent Mike Lewis.

(3) The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4) **On or before November 19, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5) Petitioner may file a reply **on or before November 23, 2026**.

[1] The petition incorrectly names respondent Todd Blanche as the Acting U.S. Attorney General. (Docket No. 1, PageID.1, 4 ¶ 16) Pursuant to Federal Rule of Civil Procedure 25(d), the Court will order that the docket be modified to reflect the fact that Todd Blanche has been confirmed as the U.S. Attorney General and is no longer serving in an Acting capacity.

(6) If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before November 19, 2026**. *See* 28 U.S.C. § 2243. In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Hopkins County Jail. Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7) The Clerk of Court is **DIRECTED** to amend the record of this matter to reflect the fact that Todd Blanche is the U.S. Attorney General and is no longer serving in an Acting capacity.

November 16, 2026

**David J. Hale, Chief Judge**
**United States District Court**